**EXHIBIT 1**

IN THE COURT OF COMMON PLEAS
WASHINGTON COUNTY OHIO

4-26-2026

BRANDON LAMAR LEAK (08-17-1985) DOB.
(PLAINTIFF) xxx-xx-2270

FILED-WASH CO. CLERK
MAY 6 2026 PM 1:26

VS.

WASHINGTON County Sheriff's Office
Sgt. DEPUTY ALYSSA K. Dolly
(DEFENDANT)

26 OT 128
KERENYI

## Civil Complaint:

Case No:

I. Parties

1. I, Brandon LAMAR LEAK is a resident of Montgomery County, Dayton, Ohio.
2. Defendant Washington County Sheriff Office is a law enforcement agency in Marietta, Ohio.
3. Defendant Sgt. Dept. A.K. Dolly was at all times relevant acting under color of law as an agent of Washington County.

II. Jurisdiction + Venue.

4. This action is brought pursuant to *42 U.S.C. §1983* for violations of the Fourth and Fourteenth Amendments of the U.S. Constitution and Ohio law. Venue is proper as the events occurred in Washington County.

III. Statement of Facts

5. On or about 4-2-2026, Defendant A.K Dolly initiated contact with Plaintiff via Facebook using a friend request to solicit criminal intent.
6. Plaintiff repeatedly expressed a lack of interest and denied involvement in an illegal activity Via Messenger and WhatsApp video chat.
7. During these communications, Defendant Dolly attempted Entrap Plaintiff by offering to purchase $1,100 worth of controlled substances; Plaintiff immediately terminated the conversation.

8. On April 6, 2026, Defendant Dolly continued to prod and induce Plaintiff via phone text. Plaintiff agreed to meet at a legal business, Green light Dispensary to reveal the true intentions of current communications.

9. Shortly upon arrival, Defendant(s) apprehended Plaintiff and searched his person and vehicle. No illegal substances or warrants were found.

10. Despite the lack of evidence, Defendant(s) illegally seized $500 in U.S. Currency and one cellular device (work) without a warrant or probable cause.

11. Defendant A.K. Dolly falsified a complaint for Drug Trafficking (F5) and submitted a false affidavit to the courts under Oath.

12. Case No. 26-004814 was subsequently dismissed without prejudice due to a lack of evidence and merit. The case never made it to preliminary proceedings.

Causes of Action IV

13. Malicious Prosecution: Defendant(s) initiated criminal proceedings with malice and without probable cause, which terminated in Plaintiffs favor. (Count 1)

14. Wrongful Arrest / False Imprisonment: Plaintiff was detained without legal justification or evidence of a crime. (Count 2)

15. Illegal Search and Seizure (4th Amendment): The confiscature/seizure of $500 in U.S. currency and cellular device without a warrant violated Plaintiffs Constitutional rights.

16. Entrapment and Targeting: Defendants utilized deceptive social media tactics to induce a crime that Plaintiff was not otherwise predispde to commit.

Defamation (Slander and Libel per se)

- Defendant(s) published false statements to the court and public record alleging Plaintiff was involved in felony drug trafficking.
- These statements were made with actual malice, knowing they were false, as no drugs were found during the search of Plaintiff or his vehicle.
- As a direct result, Plaintiff has suffered Defamation per se, damaging his reputation and standing in the community.

Intentional Infliction of Emotional Distress.

- The conduct of the Defendant(s) was extreme and outrageous, going beyond all possible bounds of decency.
- Defendants intended to cause, or recklessly disregarded the likelihood of causing, severe emotional distress through entrapment and false felony accusations.
- Plaintiff has suffered severe mental anguish, requiring psychiatric and medical intervention.

V. Legal Precedent

17. Plaintiffs cites: Monell v. Dept. of Social Services, 436 U.S. 658, regarding municipal liability for unconstitutional actions, and Terry v. Ohio, 392 U.S. 1, regarding the requirement of specific and articulable facts for a search.

- Ohio Revised Code § 2315.21
- Gertz v. Robert Welch, Inc., 418 U.S. 323;
- Russ v. Watts, 414 F.3d 783;
- Franks v. Delaware, 438 U.S. 154

Prayer For Relief:

Plaintiff, Brandon Lamar Leak, requests judgement against Defendants for compensatory damages, the return of seized property, and any other releif the Court deems just;

Compensatory Damages:

$6,129.35 Avis Rental / $6,484.00 Loss of employment/income

General Damages: $150,000 in result of emotional distress, humiliation, and damage to reputation. (Defamation)

Punitive Damages: $350,000 in result of Defendant(s) utilizing deceptive social media tactics, illegal seizure of $500, and the filing of a falsified felony affidavit.

Respectfully submitted to court of Common Pleas of Washington County, Marietta Ohio,

Brandon Lamar Leak, Pro Se
4300 Brumbaug blvd.
Dayton, Ohio 45416 <Address>
Brandonleak100@yahoo.com
<email>
(937) 732-8553 (work)
(326) 213-9153 (Home)

x Brandon Leak
4-26-2026

Verification Clause

"I, Brandon Leak, declare under penalty of perjury that I am the Plaintiff in this action, that I have read the foregoing Complaint, and that the facts stated therein are true to the best of my knowledge and belief."

x Brandon Leak    Date: 4-26-2026